**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**MTD TRADING INTERNATIONAL, INC.**
**and ALEXANDER FEERER d/b/a CALIFORNIA**
**TRADING COMPANY**                                                              **PLAINTIFFS**

**VS.**                                                            **CIVIL ACTION NO. 3:98CV9LN**

**CHOCTAW MAID FARMS, INC., WILLIAM**
**F. LEINEWEBER, III, RED CLAY FARMS,**
**INC., ALFRED VELARDE, ESQ., RED CLAY**
**GROWTH FUND, L.C., AND JOHN DOES**
**A THROUGH E**                                                                 **DEFENDANTS**

**ORDER RENEWING JUDGMENT**

THIS MATTER having come before the Court on the motion of Plaintiffs, MTD Trading

International, Inc. and Alexander Feerer d/b/a California Trading Company, for an order renewing

the Amended Default Judgment Entered by the Court against William F. Leineweber, Red Clay

Farms, Inc. and Red Clay Growth Fund, L.C..  William F. Leineweber, Red Clay Farms, Inc. and

Red Clay Growth Fund, L.C., having been sent notice of this Motion at their last known addresses,

have not responded.  Further, this motion, having been filed prior to the expiration of the Judgment,

was timely filed within the seven year period provided by Miss. Code Ann. § 15-1-43.  Therefore,

being aware of the premises, the Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Amended Default Judgment

entered on August 6, 1999 against Defendants William F. Leineweber, Red Clay Farms, Inc. and

Red Clay Growth Fund, L.C., in the amount of Five Hundred Two Thousand Two and no/100

Dollars ($502,002.00) with interest at a rate of eight percent (8%) annually from March 23, 1996,

is renewed by this Court with full force and effect for an additional seven year period from and after

August 6, 2006.

SO ORDERED, this the 21st  day of July, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE

2

Order prepared by:

Clark Monroe, Esq. (MSB # 9810)
W. Joseph Wiggins, Esq. (MSB #101484)
DUNBARMONROE, PLLC
1855 Lakeland Drive, Suite R-201
Jackson, Mississippi 39216
Office (601) 366-1805
Facsimile (601) 366-1885


C:\Documents and Settings\711\Local Settings\Temp\notes6030C8\Order Renewing Judgment against Leineweber and Red Clay Farms and Growth.wpd